Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.:  18–26217
Chapter:  13
Judge:  Deborah L. Thorne

In Re:
   Kionte L. Williams
   1647 N Karlov,
   2nd Fl
   Chicago, IL 60659

Social Security / Individual Taxpayer ID No.:
   xxx–xx–3333

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on May 1, 2019

                              FOR THE COURT

Dated: May 2, 2019                    Jeffrey P. Allsteadt , Clerk
                                      United States Bankruptcy Court